**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

STANLEY J. HANCZYC, JR.

    Plaintiff,

      v.

VALLEY DISTRIBUTING AND STORAGE

COMPANY, INC., CONRAD

KOTLOWSKI, and CAROL KEUP,

    Defendants.

CIVIL ACTION NO. 3:CV-10-2397

(JUDGE CAPUTO)

**ORDER**

**NOW**, this 7th day of September, 2012, **IT IS HEREBY ORDERED** that:

(1)    Defendants' Motion for Summary Judgment (Doc. 25) is **DENIED**.

(2)    Plaintiff's Motion for Summary Judgment (Doc. 33) is **GRANTED in part and DENIED in part**.  Plaintiff's motion for summary judgment as to liability on his Fair Labor Standards Act (Count VI) and Pennsylvania Minimum Wage Act (Count VII) claims is **GRANTED**, but the issue of damages is reserved for trial.  Plaintiff's motion is **DENIED** in all other respects.

        /s/ A. Richard Caputo
        A. Richard Caputo
        United States District Judge