**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STANLEY J. HANCZYC, JR. | |
| Plaintiff, | CIVIL ACTION NO. 3:CV-10-2397 |
| v. | (JUDGE CAPUTO) |
| VALLEY DISTRIBUTING AND STORAGE COMPANY, INC., CONRAD KOTLOWSKI, and CAROL KEUP, | |
| Defendants. | |

## ORDER

**NOW**, this 7th day of September, 2012, **IT IS HEREBY ORDERED** that:

(1) Defendants' Motion for Summary Judgment (Doc. 25) is **DENIED**.

(2) Plaintiff's Motion for Summary Judgment (Doc. 33) is **GRANTED in part and DENIED in part**. Plaintiff's motion for summary judgment as to liability on his Fair Labor Standards Act (Count VI) and Pennsylvania Minimum Wage Act (Count VII) claims is **GRANTED**, but the issue of damages is reserved for trial. Plaintiff's motion is **DENIED** in all other respects.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge